ORDER
Appellant filed a petition for rehearing and rehearing en banc.
Judge Shedd and Judge Duncan voted to deny panel rehearing. Judge Gregory voted to grant panel rehearing.
A member of the Court requested a poll on the petition for rehearing en banc. A majority of the judges in active service voted to deny rehearing en banc. Chief Judge Wilkins and Judges Widener, Wilkinson, Niemeyer, Williams, Michael, Motz, Traxler, King, Shedd, and Duncan voted to deny rehearing en banc. Judge Gregory voted to grant rehearing en banc.
The Court denies the petition for rehearing and rehearing en banc.
Judge Duncan wrote an opinion concurring in the denial of rehearing en banc. Judge Gregory wrote a dissenting opinion. Entered at the direction of Judge Duncan for the Court.